JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 710 -- IN RE SPENDTHRIFT FARM, INC. SECURITIES LITIGATION (NO. II)

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/09/17 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SERVICE -- filed by defts. Leslie Combs II and Brownell Combs II -- SUGGESTED TRANSFEREE DISTRICT: N.D. CALIFORNIA -- SUGGESTED TRANSFEREE JUDGE: ? (tmq) |
| 86/09/29 | | APPEARANCES: M. LAURENCE POPOFSKY, ESQ. for Charles R. Hembree and Kincaid, Wilson, Schaeffer & Hembree; JAMES E. BURNS, JR., ESQ. for Bateman Eichler, Hill Richards, Inc. and Robert J. McGuinness; VAUGHN R. WALKER, ESQ. for George E. Layman, et al., H. James Griggs, and Zenya Yoshida; THOMAS E. KOTOSKE, ESQ. for Frederick L. Fredericks; TIMOTHY L. BOUSCAREN, ESQ. for Hamilton Partners, et al.; ANN G. DANIELS, ESQ. for Spendthrift Farm, Inc., and Central Bank & Trust Co. of Lexington, Ky.; and BYRON VICKERY, ESQ. for Curtis C. Green; PAUL A. RENNE, ESQ. for Leslie Combs, II and Brownell Combs, II  (cds) |
| 86/09/30 | | APPEARANCES: THOMAS K. BOURKE, ESQ. for Frank L. Bryant and MERL O. BARNS, ESQ. for Robert D. Stratmore and John F. McGonigle, et al. (rh) |
| 86/10/02 | 2 | JOINDER (to pldg. #1) -- "Central Bank" and "Spendthrift" join in the motion with the "the Combs defendants" -- w/cert. of svc. (tmq) |
| 86/10/03 | 3 | JOINDER (to pldg. #1) -- Richard E. Broadbent III and Bloodstock Research and Information Services, Inc. -- w/cert. of svc. (tmq) |
| 86/10/07 | 4 | JOINDER (to pldg.#1) -- "Bateman Eichler" and "McGuinness" -- w/cert. of svc. (tmq) |
| 86/10/07 | 5 | JOINDER (to pldg.#1) -- "Hembree" and the "Kincaid law firm" -- w/cert. of svc. (tmq) |
| 86/10/07 | | APPEARANCE: CURTIS GREEN, RONALD C. EWART for Byron Vickery. (tmq) |
| 86/10/16 | | APPEARANCE: DELOITTE, HASKINS & SELLS for Philip Rotner, Esq. (tmq) |
| 86/10/17 | | HEARING ORDER -- Setting motion to transfer A-1 through A-8 for Panel hearing in Louisville, Kentucky on November 20, 1986  (cds) |

710

| | | |
|---|---|---|
| 86/10/22 | 6 | LETTER -- Movants, re: recent developoments -- w/cert. of svc. (tmq) |
| 86/10/23 | | APPEARANCE: RICHARD M. TRAUTWEIN, ESQ. for Blas R. Casares. (tmq) |
| 86/11/19 | | APPEARANCES FOR HEARING -- Louisville, Kentucky on November 20, 1986 -- Paul A. Renne, Esq. for Leslie Combs, II and Brownell Combs, II. (paa) |
| 86/11/19 | | WAIVERS FOR ORAL ARGUMENT on November 20, 1986, in Louisville, Kentucky -- Byron Vickery, Esq., for Curtis Green & Ronald C. Ewart; Boake Christensen, Esq. for Richard F. Broadbent II & Bloodstock Research & Statistical Bureau, Inc.; Ann G. Daniels, Esq. for Spendthrift Farm, Inc. & Central Bank & Trust Company of Lexington; Merl O. Barns, Esq. for Robert D. Stratmore, John F. McGonigle & Virginia M. McGonigle; Vaughn R. Walker, Esq. for George E. Layman, H. James Griggs & Zenya Yoshida; Timothy L. Bouscaren, Esq. for Hamilton Partners; John Missing, Esq. for Bateman Eichler, Hill Richards, Inc. & Robert J. McGuinness; M. Laurance Popofsky, Esq. for Charles R. Hembree & Kincaid, Wilson, Schaeffer & Hembree, P.S.C.; Thomas K. Bourke, Esq. for Frank L. Bryant. (paa) |
| 86/12/12 | | CONSENT OF TRANSFEREE DISTRICT -- for transfer of actions N.D. California (cds) |
| 86/12/12 | | TRANSFER ORDER -- transferring A-3 to the N.D. of California for assignment to the Honorable Charles A. Legge, and staying transfer of A-6 Hamilton Partners, until January 5, 1987 -- NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL AND MISC. RECIPIENTS (cds) |
| 86/12/17 | | TRANSFER ORDER Filed on December 12, 1986, CORRECTED to reflect Ohio action stay date to January 5, 1987. Notified all recipients and judges. (tmq) |
| 87/01/06 | | SENT LETTER TO CLERK IN N.D. CALIFORNIA INDICATING THAT JANUARY 5, 1987 STAY IS LIFTED ON A-6 -- Also notified involved judges, S.D. Ohio Clerk and involved counsel (cds) |
| 87/08/28 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- A-10 Richard D. Schultz v. Leslie Combs, II, et al., S.D. Ohio, C.A. No. C2-87-860 -- Notified involved counsel and jduges. (tmq) |

JPML FORM 1A
P-3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 710 -- IN RE SPENDTHRIFT FARM, INC. SECURITIES LITIGATION (NO. II)

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/09/11 | 7 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Pltf. (A-10) Richard D. Shultz v. Leslie Combs, II, et al., S.D. Ohio, C.A. No. C2-87-860 -- NOTIFIED INVOLVED JUDGES AND COUNSEL. (paa) |
| 87/09/25 | 8 | REQUEST FOR EXTENSION OF TIME -- Plaintiff A-10 Richard D. Schultz -- GRANTED to and including 10/5/87 -- Notified counsel for pltf. (paa) |
| 87/10/05 | 9 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER W/SUPPORTING BRIEF - Filed by Richard D. Schultz, A-10 Richard D. Schultz v. Leslie Combs, II, et al., S.D. Ohio, C.A. No. C2-87-860 -- w/cert. of svc. (tmq) |
| 87/10/13 | | HEARING ORDER -- setting opposition to transfer of A-10 Richard D. Schultz v. Leslie Combs, II, et al., S.D. Ohio, C.A. No. C2-87-860 for Panel hearing in Dallas, Texas on November 18, 1987 (cds) |
| 87/10/15 | | CORRECTION ORDER -- Correcting Hearing Orer to reflect correct date of Nov. 18, 1987, Dallas, Texas. (rew) |
| 87/10/16 | 10 | RESPONSE -- (to pldg. #9) Filed by deft. Leslie Combs II -- w/cert. of svc. (rh) |
| 87/10/16 | 11 | RESPONSE -- (to pldg. #9) Filed by defts. Spendthrift Farm, Inc. and Central Bank & Trust Company -- w/cert. of svc. (rh) |
| 87/10/19 | 12 | RESPONSE (to pldg. #9) -- deft. Brownell Combs II -- w/cert. of service (cds) |
| 87/10/21 | 13 | RESPONSE(to pldg. #9) -- Filed by defendants Charles R. Hembree and Kincaid, Wilson, Schaeffer & Hembree, P.S.C. -- w/cert. of svc. (tmq) |
| 87/10/21 | 14 | RESPONSE(to pldg. #9) -- Filed by defendant Frank Bryant -- w/cert. of svc. (tmq) |
| 87/10/23 | 15 | JOINDER -- Defendants Bateman Eichler, Hill Richards, Inc. and Robert J. McGuinness -- w/cert. of svc. (tmq) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 710 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/11/17 | | WAIVERS OF ORAL ARGUMENT: (For Hearing on 11/18/87 in Dallas, Texas) -- ALL WAIVED (rh) |
| 87/11/27 | | TRANSFER ORDER -- A-10 Richard D. Schultz v. Leslie Combs, II, et al., S.D. Ohio, C.A. No. C2-87-860 -- (transferred to N.D. California) -- Notified involved judges, clerks and counsel (rh) |
| 88/03/01 | 16 | MOTION, BRIEF, SCHEDULE, EXHIBIT AND CERT. OF SERVICE -- to transfer B-11 Ed Plaut, et al. v. Spendthrift Farm, Inc., et al., E.D. Kentucky, C.A. No. 87-438 -- deft. Bateman Eichler, Hill Richards, Inc. -- |
| 88/03/11 | 17 | RESPONSE (to pldg. #16) -- pltfs. Ed Plaut, et al. -- w/cert. of service and Exhibit (cds) |
| 88/03/14 | 18 | RESPONSE (to pldg. #16) -- defts. Norman Owens and AIBA -- w/Attachments and cert. of service (cds) |
| 88/03/15 | 19 | RESPONSE (to pldg. #16) -- deft. Deloitte Haskins & Sells -- w/Exhibit A & B and cert. of service (cds) |
| 88/03/15 | 20 | RESPONSE, MEMORANDUM (to pldg. #16) -- deft. Spendthrift Farm, Inc. -- w/cert. of service (cds) |
| 88/03/15 | 21 | RESPONSE (to pldg. #16) -- deft. Central Bank & Trust Co. -- w/cert. of service (cds) |
| 88/03/15 | 22 | RESPONSE (to pldg. #16) -- deft. Frank L. Bryant -- w/cert. of service (cds) |
| 88/03/16 | 23 | RESPONSE -- (to pldg. #16) Filed by Defts. Frances M. Wheat and Gibson, Dunn & Crutcher -- w/cert. of svc. (rh) |
| 88/03/23 | | AMENDED CERT. OF SERVICE -- deft. Frank L. Bryant -- attached to pldg. #22 (cds) |
| 88/03/23 | 24 | REPLY -- deft. Bateman Eichler, Hill Richards, Inc. -- w/cert. of service (cds) |
| 88/04/13 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-12 Richard D. Schultz v. Bateman Eichler, Hill Richards, Incorporated, et al., S.D. Ohio, C.A. No. C2-88-290 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 88/04/14 | | HEARING ORDER -- Setting motion to transfer of A-11 for Panel Hearing on May 19, 1988 in Chicago, Illinois (rh) |

JPML FORM 1A



## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 710 -- In re Spendthrift Farm, Inc. Securities Litigation (No. II)

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/04/15 | 25 | SUPPLEMENTAL REPLY -- Bateman Eichler, Hill Richards, Inc. -- w/cert. of svc. (rh) |
| 88/04/19 | 26 | SUPPLEMENTAL RESPONSE (Re Pldg. #17)-- Defts. Norman Owens and AIBA w/cert of svc. (cds) |
| 88/04/29 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-12 Richard D. Schultz v. Bateman Eichler, Hill Richards, Incorporated, et al., S.D. Ohio, C.A. No. C2-88-290 -- Notified involved judges and clerks (rh) |
| 88/05/18 | | HEARING APPEARANCES: (hearing of 5/19/88) JAMES E. BURNS, JR., ESQ. for Bateman Eichler, Hill Richards, Inc. and Robert J. McGuinness (ds) |
| 88/05/18 | | WAIVERS OF ORAL ARGUMENT -- (hearing of 5/19/88) Central Bank & Trust Co.; Spendthrift Farm, Inc.; McBrayer, McGinnis, Leslie & Kirkland; Bloodstock Reearch Information Services, Inc.; George E. Layman, Jr.; Barry K. Schwartz; Earl H. Shcultz; Kenneth Franzheim, II; Zenya Yoshida; H. James Griggs; Richard Schultz; Fred L. Fredericks; Robert D. Stratmore; John F. McGonigle and Virginia M. McGonigle (ds) |
| 88/06/02 | | ORDER DENYING TRANSFER -- A-11 Ed Plaut, et al. v. Spendthrift Farm, Inc., et al., E.D. Kentucky, C.A. No. 87-438 -- Notified involved judges, clerks and counsel (rh) |
| 88/12/16 | | CONDITIONAL TRANSFER ORFER FILED TODAY -- C-13 Russell E. Carlisle, etc. v. Spendthrift Farm, Inc., et al., S.D. Fla., C.A. No. 88-6593-CIV-Roettger -- Notified involved judges and counsel (ds) |
| 88/12/30 | 27 | NOTICE OF OPPOSITION TO CTO -- C-13 Russell E. Carlisle, etc. v. Spendthrift Farm, Inc., et al., S.D. Fla., C.A. No. 88-6593-CIV-ROETTGER -- Notified involved counsel and judges. (ds) |
| 89/01/17 | 28 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in C-13 Russell E. Carlisle, etc. v. Spendthrift Farm, Inc., et al., S.D. Florida, C.A. No. 88-6593-CIV-ROETTGER -- w/cert. of svc. (rh) |

JPML FORM 1A

p-6

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 710 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/02/06 | 29 | RESPONSE (to pldg. #28) -- deft. Central Bank & Trust Co. -- w/Exhibits A - E and cert. of service  (cds) |
| 89/02/06 | 30 | JOINDER IN PLDGS. NO. 29 AND NO. 31 -- defts. Charles R. Hembree and Kincaid, Wilson, Schaeffer & Hembree -- w/cert. of service  (cds) |
| 89/02/07 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-14 Northwood Thoroughbred Investors, et al. v. Charles R. Hembree, et al., S.D. Ohio, C.A. No. c-1-88-1027 -- Notified involved counsel and judges. (ds) |
| 89/02/08 | 31 | RESPONSE (to pldg. #28) -- defts. Bateman Eichler, Hill Richards, Inc. and Robert J. McGuinness -- w/attachment and cert. of service  (cds) |
| 89/02/15 | | HEARING ORDER -- Setting opposition to transfer of C-13 for Panel Hearing in Statesville, North Carolina on March 23, 1989 (rh) |
| 89/02/22 | 32 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- **Plaintiff in C-14 Northwood Thoroughbred Investors, et al. v. Charles R. Hembree, et al., S.D. Ohio, C.A. No. C-1-88-1027** -- Notified involved judges and counsel  (cds) |
| 89/02/27 | 33 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER W/BRIEF -- **Filed by Plaintiff in C-14 Northwood Throughbred Investors, et al. v. Charles R. Hembree, et al., S.D. Ohio, C.A. No. C-1-88-1027** -- w/cert. of service  (cds) |
| 89/03/14 | 34 | RESPONSE (to pldg. #33) -- defts. Charles R. Hembree and Kincaid, Wilson, Schaeffer & GHembree, P.S.C. w/cert. of svc. (ds) |
| 89/03/22 | | HEARING APPEARANCES:  (for hearing on March 23, 1989 in Statesville, North Carolina) -- SUSAN L. WILLIAMS, ESQ. for Russell E. Carlisle; ANN G. DANIELS, ESQ. for Central Bank & Trust Co.; JAMES E. BURNS, JR., ESQ. OR JOHN MISSING, ESQ. for Bateman Eichler; Hill Richards; and Robert J. McGuinness and M. LAURENCE POPOFSKY, ESQ. for Charles R. Hembree and Kincaid, Wilson, Schaeffer & Hembree (rh) |
| 89/04/05 | | TRANSFER ORDER -- transferring C-13 **Russell E. Carlisle, etc. v. Spendthrift Farm, Inc., et al.,** S.D. Florida, #88-6593-CIV-ROETTGER -- notified involved judges, clerks and counsel  (cds) |

710      In re Spendthrift Farm, Inc. Securities Litigation (No. II)

| | | |
|---|---|---|
| 89/04/07 | | HEARING ORDER -- Setting opposition to transfer of C-14 for Panel Hearing on May 18, 1989 in Wash., D.C. (rh) |
| 89/05/16 | 35 | LETTER -- C-14 Plaintiff Northwood Thoroughbred Investors withdrawing opposition to transfer of (C-14) Northwood Thoroughbred Inveestors, et al. v. Charles R. Hembree, et al., S.D. Ohio, C-1-88-1027 w/svc. |
| 89/05/16 | | ORDER -- Lifting Stay of CTO and vacating May 18, 1989 hearing schedule for (C-14) Northwood Thoroughbred Investors, et al. v. Charles R. Hembree, et al., S.D. Ohio, C-1-88-1027; notified transferee clerk, involved judges, counsel. (rew) |

JPML Form 1

Revised: 8/78

DOCKET NO. 710 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE SPENDTHRIFT FARM, INC. SECURITIES LITIGATION (NO. II)

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 11/20/86 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Dec. 12, 1986 | TO | Unpublished | N.D. California ≠971 | Charles A. Legge | |

### Special Transferee Information

DATE CLOSED: 2/8/91

JPML FORM 1   LISTING OF INVOLVED ACTIONS   N.D. California
Judge Charles A. Legge

DOCKET NO. 710 -- IN RE SPENDTHRIFT FARM INC. SECURITIES LITIGATION (NO. II)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | George E. Layman, et al. v. Brownell Combs, II, et al. | Cal.,N. Legge | C-86-1692 | | | 10/17/89 | |
| A-2 | Robert D. Stratmore v. Leslie Combs, II, et al. | Cal.,N. Legge | C-86-0379 | ✓ | | 10/17/89 | |
| A-3 | Blas R. Casares v. Spendthrift Farm, Inc., et al. | Fla.,S. Hastings | 86-1679 | 12/12/86 | 87-1129 | 10/17/89 | |
| A-4 | Frederick L. Fredericks v. Brownell Combs, II, et al. | Cal.,N. Peckham | C-86-3829 | | | 10/17/89 | |
| A-5 | John F. McGonigle, et al. v. Leslie Combs, II, et al. | Cal.,N. Legge | C-86-4129 | ✓ | | 10/17/89 | |
| A-6 | Hamilton Partners, et al. v. Leslie Combs, II, et al. | Ohio,S. Steinberg | C-1-86-0527 | 1/6/87 | 87-228CAL | 10/17/89 | |
| A-7 | H. James Griggs v. Brownell Combs, II, et al. | Cal., N. Legge | C-86-3474 | ✓ | | 10/17/89 | |
| A-8 | Zenya Yoshida, d/b/a Shadai Farm v. Brownell Combs, II, et al. | Cal.,N. Legge | C-86-3673 | ✓ | | 10/17/89 | |
| ~~XYZ-9~~ | ~~Blas Casares v. Brownell Combs II~~ | ~~Cal.,N. LEGGE~~ | ~~C87-1129~~ | ✓ Dup A-3 | | | |
| A-10 | Richard D. Schultz v. Leslie Combs, II, et al. 8/28/87 Opposed-9-11-87 | Ohio,S. Holschuh | C2-87-860 | 11/27/87 | 87-6038 | 10/17/89 | X |

July 1987 - 2 TR/7 XYZ/9 Pdg.

DOCKET NO. 710 -- In re Spendthrift Farm, Inc., Securities Litigation (No. II)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | Ed Plaut, et al. v. Spendthrift Farm, Inc., et al. | E.D.Ky. Reed | 87-438 | | | 6-2-88 Denied | |
| B-12 | Richard D. Schultz v. Bateman Eichler, Hill Richards, Incorporated, et al. 4/13/88 | Ohio,,S. Graham | C2-88-290 | 4-29-88 | 88-3175CAL | 10/17/89 | |

July 1988 - 2 TR / 10 Pending
(1 Dup as dis)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C-13 | Russell E. Carlisle, etc. v. Spendthrift Farm, Inc., et al. 12/16/88 OPPOSED 12/30/88 | S.D.Fla. Roettger | 88-6593-CIV-ROETTGER | 4/5/89 | C89-1342CAL | 9/2/89 | |
| C-14 | Northwood Thoroughbred Investors, et al. v. Charles R. Hembree, et al. 2/7/89 opposed 2/22/89 | S.D.Ohio Weber | C-1-88-1027 | 5/16/89 | C89-1915CAL | 9/5/89 | |
| XYZ-15 | Central Bank v. McGonigle | Cal.,N. Legge | C86-6453-CAL | | | 12/5/90 D | Fr. Ky.,E. |
| XYZ-16 | Spendthrift Farm v. McGonigle, et al. | Cal.,N. | 88-0451 | | | 2/8/91 D | |
| XYZ-17 | Continental Casualty Co. v. Frank L. Bryuant, et al. | Cal.,N. | 88-2577 | | | 2/8/91 D | |

July 1989 - 2 TR / 3 XYZ / 15 Pending

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 710 -- In re Spendthrift Farm, Inc., Securities Litigation (No. II)

---

GEORGE E. LYMAN, ET AL. (A-1)
H. JAMES GRIGGS (A-7)
ZENYA YOSHIDA, d/b/a SHADAI FARM (A-8)
Vaughn R. Walker, Esq.
Pillsbury, Madison & Sutro
Post Office Box 7880
San Francisco, CA  94120

ROBERT E. STRAIMORE (A-2)
JOHN F. McGONIGLE, ET AL. (A-5)
Merl O. Barns, Esq.
Alioto and Alioto
650 California Street, 23rd Floor
San Francisco, CA  94108

BLAS R. CASARES (A-3)
Richard M. Trautwein, Esq.
Barnett & Alagia
The Fifth Avenue Building
444 South Fifth Street
Louisville, KY  40202

FREDERICK L. FREDERICKS (A-4)
Thomas E. Kotoske, Esq.
540 University Avennue
Third Floor
Palo Alto, CA  94301

HAMILTON PARTNERS, ET AL. (A-6)
Timothy L. Bouscaren, Esq.
Benesch, Friedlander, Coplan
  & Aronoff
1900 Carew Tower
441 Vine Street
Cincinnati, Ohio  45202-2999

SPENDTHRIFT FARM, INC.
CENTRAL BANK & TRUST CO. OF LEXINGTON
Ann G. Daniels, Esq.
Farella, Braun & Martel
235 Montgomery Street
San Francisco, CA  94104

CURTIS C. GREEN
George Gregory, Esq.
McBrayer, McGinnis, Leslie & Kirkland
163 West Short Street
Suite 400
Lexington, KY  40507-1361

LESLIE COMBS, II
BROWNELL COMBS, II
Paul A. Renne, Esq.
Cooley, Godward, Castro,
   Huddleson & Tatum
One Maritime Plaza, Suite 2000
San Francisco, CA  94111

BUD EWART
RONALD C. EWART
Byron Vickery, Esq.
Vickery, Riehl & Alter
580 S. High Street, Suite 330
Columbus, OH  43215-5671

CHARLES R. HEMBREE
KINCAID, WILSON, SCHAEFFER &
   HEMBREE, P.S.C.
M. Laurence Popofsky, Esq.
Heller, Ehrman, White & McAuliffe
333 Bush Street
San Francisco, CA  94104

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 710 -- In re Spendthrift Farm, Inc., Securities Litigation

---

FRANK L. BRYANT
Thomas K. Bourke, Esq.
Roirdan & McKinzie
300 South Grand Avenue, 29th Floor
Los Angeles, CA 90071

ROBERT J. McGUINESS
BATEMAN EICHLER, HILL RICHARDS, INC.
James E. Burns, Jr., Esq.
Brobeck, Phleger & Harrison
Spear Street Tower
One Market Plaza
San Francisco, CA 94105

RICHARD F. BROADBENT, III
Boake Christensen, Esq.
McCutchen, Doyle, Brown & Enersen
Three Embarcadero Center
San Francisco, CA 94111

DELOITTE, HASKINS & SELLS
L. Clifford Craig, Esq.
Taft, Stettiniou & Hollister
1800 First National Bank center
Cincinnati, OH 45202

RICHARD D. SCHULTZ (A-10)
Richard D. Rogovin, Esq.
100 S. Third Street
Columbus, OH 43215

ED PLAUT, ET AL. (B-11)
J. Montjoy Trimble, Esq.
Trimble & Henry
Suite 610
163 West Short Street
Lexington, KY 40507

BLOODSTOCK RESEARCH
INFORMATION SERVICES, INC.
Steven Umin, Esq.
Williams & Connolly
Hill Building
839 Seventeenth Street, N.W.
Washington, DC 20006

FRANCIS M. WHEAT
GIBSON, DUNN & CRUTCHER
William E. Johnson, Esq.
Robert M. Watt, III, Esq.
J. David Smith, Jr., Esq.
326 West Main Street
Frankfort, KY 40601

NORMAN D. OWENS
AMERICAN INTERNATIONAL BLOODSTOCK
  AGENCY, INC.
Harry B. Miller, Jr., Esq.
Miller, Griffin & Marks
700 Security Trust Building
Lexington, KY 40507

UNABLE TO DETERMINE COUNSEL FOR THE
FOLLOWING PARTY:

DAVID VILLIERS CHAPMAN

RICHARD D. SCHULTZ  (B-12)
~~Richard D. Rogovin, Esquire
Bricker & Eckler
100 South Third Street
Columbus, Ohio 43215~~  Same as A-10

RUSSELL E. CARLISLE (C-13)
Richard M. Trautwein, Esq.
(Same As A-3)

Mr. Garth Guy
24 Vernon Street
Hunter Hill, NSW 2110
AUSTRALIA

NORTHWOOD THOROUGHBRED INVESTORS, ET AL. (C-14)
Timothy L. Bouscaren
(Same As A-6)

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 710 -- IN RE SPENDTHRIFT FARM, INC. SECURITIES LITIGATION (NO. II)

| Name of Party | Named as Party in Following Actions |
|---|---|
| BROWNELL COMBS II | A-6, A-10, C-13 |
| LESLIE COMBS II | A-6, A-10, C-13 |
| GARTH GUY | A-6, A-10, C-13, |
| DAVID VILLIERS CHAPMAN | |
| CURTIS GREEN | A-6, A-10, |
| BUD EWART | |
| KINCAID, WILSON, SCHAEFFER & HEMBREE, P.S.C. (President) CHARLES B. HEMBREE | A-10, B-12, C-13, C-14 / C-14 |
| FRANK L. BRYANT | A-10, B-12, |
| ROBERT J. MCGUINNESS | A-10, B-12, C-13 |
| BATEMAN EICHLER, HILL RICHARDS, INC. | A-6, A-10, E___, B-12, C-13 |
| RICHARD F. BROADBENT III | A-6, A-10, B-12, C-13 |

p. _____

| | |
|---|---|
| BLOODSTOCK RESEARCH & STATISTICAL BUREAU | A-6, A-10, B-12, C-13 |
| SPENDTHRIFT FARM, INC. | A-6, A-10, B-11, C-13 |
| CENTRAL BANK AND TRUST COMPANY, OF LEXINGTON, KENTUCKY | A-10, C-13 |
| RONALD C. EWART | |
| DELOITTE, HASKINS & SELLS | B-11 |
| FRANCIS M. Wheat | B-11 |
| GIBSON, DUNN + CRUTCHER | B-11, C-13 |
| MORTON ? COOPER | C-11 |
| AMERICAN INTERNATIONAL BLOODSTOCK AGENCY, INC | B-11 |
| INFORMATION SERVICES, INC | B-12, |
| | |